JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MWANES GHANEM,

     Petitioner,

v.

JAIME RIOS, et al.,

     Respondents.

Case No. 5:26-cv-01615-KES

**JUDGMENT**

Pursuant to the Court's Order Granting Petition and Requiring Petitioner's Immediate Release from Custody, IT IS ADJUDGED that the Petition is granted.

DATED: April 20, 2026

_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE